474 A.2d 653

Commonwealth v. Johnson, Appellant.

Submitted November 16, 1983. Daniel A. Rendine, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and BROSKY and HOFFMAN, JJ.

The judgment of sentence is affirmed.

474 A.2d 654

Commonwealth v. Johnston, Appellant.

Submitted March 24, 1983. James W. Harris, for appellant; Gary E. Hartman, District Attorney, for Commonwealth, appellee.

Before CERCONE, President Judge, and CIRILLO and HOFFMAN, JJ.

Judgment of sentence affirmed.

474 A.2d 654

Commonwealth v. Jones, Appellant.

634

Argued November 2, 1983. Arthur L. Goldberg, for appellant; Katherine Holtzinger, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, WIEAND and CERCONE, JJ.

Judgment of sentence affirmed.

WIEAND, J., concurred in the result.

474 A.2d 654

Commonwealth v. Jones, Appellant.

Submitted January 20, 1984. Moira Dunworth, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WIEAND and HESTER, JJ.

Judgment of sentence affirmed.

474 A.2d 655

Commonwealth v. Lambert, Appellant.